

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2024

No. 04-24-00093-CV

**CITY OF LAREDO**,
Appellant

v.

Ramiro **RODRIGUEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2023CVF001029D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellee's pending motion to dismiss this appeal is DENIED AS MOOT.

It is so **ORDERED** on March 6, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court